1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | **RICHARD DUANE SAWYER,** ) | **1:08-CV-0836-AWI -WMW HC** |
| 13 | **Petitioner,** ) | **FINDINGS AND** |
| | ) | **RECOMMENDATIONS RE** |
| 14 | **vs**. ) | **DISMISSAL OF PETITION** |
| | ) | **FOR WRIT OF HABEAS** |
| 15 | ) | **CORPUS FOR FAILURE TO** |
| | **UNKNOWN,** ) | **OBEY COURT ORDER** |
| 16 | ) | |
| | **Respondent.** ) | |
| 17 | ) | |
| | ) | |
| 18 | _____ ) | |

19
20

21    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus

22    pursuant to 28 U.S.C. Section 2254.  On July 14, 2008, this court entered an order which

23    provided in part as follows:

24    1)    The Clerk of the Court is directed to send Petitioner a copy of the form for filing a 28

25          U.S.C.  Section 2254 petition in this court;

26    2)    Petitioner is directed to utilize the form for filing a 28 U.S.C.  Section 2254 petition

27          to file a first amended petition in this court within thirty days of the date of service of

28          this order;

1    3)    Petitioner shall name the correct Respondent in his first amended petition;

2    4)    Petitioner's failure to timely file a first amended petition on the correct form and

3          naming the correct Respondent  will result in the dismissal of this case for failure to

4          comply with a court order.

5

6          Thirty days have now passed and Petitioner has failed to file a first amended petition

7    or to otherwise respond to the court's order.

8          Local Rule 11-110 provides that "failure of counsel or of a party to comply with these

9    Local Rules or with any order of the Court may be grounds for the imposition by the Court of

10   any and all sanctions . . . within the inherent power of the Court."  District courts have the

11   inherent power to control their dockets and "in the exercise of that power, they may impose

12   sanctions including, where appropriate . . . dismissal of a case." Thompson v. Housing

13   Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action, with prejudice,

14   based on a party's failure to prosecute an action, failure to obey a court order, or failure to

15   comply with local rules.  See, e.g. Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir.

16   1995)(dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258,

17   1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment

18   of complaint); Carey v. King, 856 F.2d 1439, 1440-41 (9th Cir. 1988)(dismissal for failure to

19   comply with local rule requiring pro se plaintiffs to keep court apprised of address); Malone

20   v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987)(dismissal for failure to comply with

21   court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986)(dismissal for failure

22   to lack of prosecution and failure to comply with local rules).

23         In determining whether to dismiss an action for lack of prosecution, failure to obey a

24   court order, or failure to comply with local rules, the court must consider several factors: (1)

25   the public's interest in expeditious resolution of litigation; (2) the court's need to manage its

26   docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition

27

28                                              2

1    of cases on their merits; and (5) the availability of less drastic alternatives.  Thompson, 782

2    F.2d at 831; Henderson, 779 F.2d at 1423-24; Malone, 833 F.2d at 130; Ferdik, 963 F.2d at

3    1260-61; Ghazali, 46 F.3d at 53.

4         In the instant case, the court finds that the public's interest in expeditiously resolving

5    this litigation and the court's interest in managing the docket weigh in favor of dismissal.

6    The third factor, risk of prejudice to defendants, also weighs in favor of dismissal, since a

7    presumption of injury arises from the occurrence of unreasonable delay in prosecuting an

8    action.  Anderson v. Air West, 542 F.2d 522, 524 (9th Cir. 1976).  The fourth factor -- public

9    policy favoring disposition of cases on their merits -- is greatly outweighed by the factors in

10   favor of dismissal discussed herein.  Finally, a court's warning to a party that his failure to

11   obey the court's order will result in dismissal satisfies the "consideration of alternatives"

12   requirement.  Ferdik v. Bonzelet, 963 F.2d at 1262; Malone, 833 at 132-33; Henderson, 779

13   F.2d at 1424.  The court's order expressly stated: "Petitioner's failure to timely file a first

14   amended petition on the correct form and naming the correct Respondent  will result in the

15   dismissal of this case for failure to comply with a court order."  Thus, Petitioner had adequate

16   warning that dismissal would result from his noncompliance with the court's order.

17                                   **RECOMMENDATION**

18        Accordingly, the court HEREBY RECOMMENDS that this action be DISMISSED

19   for Petitioner's failure to comply with a court order.

20        These Findings and Recommendations are submitted to the United States District

21   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

22   thirty days after being served with these findings and recommendations, plaintiff may file

23   written objections with the court.  Such a document should be captioned "Objections to

24   Magistrate Judge's Findings and Recommendations."  The parties are  is advised that failure

25   to file objections within the specified time may waive the right to appeal the District Court's

26   order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

27

28                                            3

1   IT IS SO ORDERED.

2   **Dated:**    **October 20, 2008**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          4